Louis Danzis, Respondent, *v.* Metropolitan Life Insurance Company, Appellant.

Argued January 13, 1938; decided January 27, 1938.

*Herbert F. Garrick* for appellant.

*Hugo Wintner, Robert J. Fox, Robert P. Schur* and *Abraham Harris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: O'BRIEN, J. Taking no part: LEHMAN and HUBBS, JJ.